1

2

3

4

5                          UNITED STATES DISTRICT COURT

6

7                              DISTRICT OF NEVADA
                                      * * *

8    HEIDI WEITZ,                              )
                                               )
9                      Plaintiff,              )
                                               )
10    v.                                        )          2:10-CV-00094-PMP-LRL
                                               )
11    PRIMM VALLEY CASINO RESORTS              )
      HEALTH CARE PLAN,                        )          ORDER
12                                              )
                                               )
13                     Defendant.               )
                                               )
14   _____)

15            Before the Court for consideration is Defendant's Motion for Summary Judgment

16   (Doc. #25) filed February 17, 2011.  By this motion, Defendant moves for judgment as to

17   all of Plaintiff's claims pursuant to Rule 56 of the Federal Rules of Civil Procedure.  If

18   Plaintiff wished to oppose Defendant's motion for summary judgment, she was required to

19   file a response not later than March 13, 2011.  To date, Plaintiff has failed to file a response,

20   and no stipulation for extension of time to do so has been received by the Court.  As a

21   result, Plaintiff consents to the granting of Defendant's Motion for Summary Judgment.

22            **IT IS THEREFORE ORDERED that** Defendant's Motion for Summary

23   Judgment (Doc. #25) is GRANTED and judgment is hereby entered in favor of Defendant

24   and against Plaintiff.

25

26   DATED: March 18, 2011.

27                                              _____

28                                              PHILIP M. PRO
                                               United States District Judge