UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

HEIDI WEITZ,  )  2:10-CV-00094-PMP-LRL
      Plaintiff,  )
vs.  )  **ORDER**
THE PRIMM VALLEY CASINO )
RESORTS HEALTH CARE PLAN, an )
employee welfare benefit plan,  )
      Defendant.  )

      This action was removed to this Court on January 21, 2010, (Doc. #1). Following completion of discovery, Defendant Primm Valley Casino filed a Motion for Summary Judgment (Doc. #25) on February 17, 2011. Plaintiff failed to file a timely response to Defendant's Motion for Summary Judgment, and on March 18, 2011, the Court entered an Order (Doc. #26) granting Defendant's Motion for Summary Judgment.

      On April 29, 2011, Plaintiff filed a Motion to Set Aside Judgment (Doc. #28) and a Motion for Leave to File a Late Opposition to Defendant's Motion for Summary Judgment (Doc. #29). Plaintiff's motions for relief from judgment are fully briefed, and the Court finds it appropriate to grant Defendant's Motion for Relief to File a Sur-Reply (Doc. #32).

      Having read and considered the matters addressed regarding Plaintiff's motions for relief from Judgment, the Court is hard pressed to find neglect on the

part of Plaintiff which is excusable and which would warrant relief under Rule 60(b) of the Federal Rules of Civil Procedure.  Nonetheless, the Court concludes that its discretion should be exercised in favor of adjudication of Defendant's motion for summary on its merits rather than on the basis of a procedural default and the negligent failure of Plaintiff's counsel to timely seek relief from the Court regarding established deadlines calling for Plaintiff's response to Defendant's Motion for Summary Judgment.

**IT IS THEREFORE ORDERED that** Plaintiff's Motion to Set Aside Judgment (Doc. # 28), Plaintiff's Motion for Leave to File a Late Opposition to Defendant's Motion for Summary Judgment (Doc. #29) are **GRANTED**.

**IT IS FURTHER ORDERED that** Defendant's Motion for Leave to File Sur-Reply (Doc. #32) is **GRANTED**.

**IT IS FURTHER ORDERED that** Plaintiff Heidi Weitz shall file her Response to Defendant's Motion for Summary Judgment (Doc. #25) not later than **June 23, 2011**.  Defendant shall thereafter have to and including **July 8, 2011** within which to file a Reply Memorandum.

DATED:  June 14, 2011.

_____
PHILIP M. PRO
United States District Judge